IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CRESCENCIO LOPEZ | § § § | |
| v. | § § § § | CIVIL ACTION NO. 5:16-cv-00290 |
| ASI LLOYDS AND DAVID PIERCE | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, CAME TO BE CONSIDERED, Parties' Agreed Motion to Dismiss with Prejudice. Having considered the agreed motion based upon a confidential settlement entered between Crescencio Lopez ("Plaintiff"), and Defendants, ASI Lloyds and David Pierce ("Defendants"), the Court hereby **DISMISSES WITH PREJUDICE** all claims and causes of action asserted by Plaintiff against Defendants.

IT IS FURTHER ORDERED that each Party shall bear their/its own respective costs and attorneys' fees.

SIGNED THIS _____ day of _____, 2017.

By:_____
PRESIDING JUDGE

**Agreed:**
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

_____
LaDonna G. Schexnyder

Texas Bar No. 24072938
9311 Bluebonnet Boulevard, Suite A
Baton Rouge, LA 70810
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-Mail: lschexnyder@lawla.com
**ATTORNEY FOR DEFENDANTS,
ASI LLOYDS AND DAVID PIERCE**

AND

_____
Robert A. Pollom
Texas Bar No. 24041703
KETTERMAN ROWLAND & WESTLUND
16500 Sand Pedro, Suite 302
San Antonio, Texas 78232
Telephone: (210) 490-7402
Facsimile: (210) 490-8372
E-Mail: robert@krwlawyers.com
**ATTORNEY FOR PLAINTIFF,
CRESCENCIO LOPEZ**